UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-2731-MWF(Ex)**                            Dated: **August 17, 2017**

Title:        PassKey Publications Licensing Corp. -*v*- COED Group, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                            None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE RE DEFAULT
                                                           JUDGMENT

In light of the Default By Clerk entered on August 14, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment for **September 18, 2017, at 11:30 a.m.**  *If a Motion for Default Judgment is filed prior to this hearing, the hearing the hearing will be vacated, and the Order To Show Cause discharged*.

IT IS SO ORDERED.