JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASSKEY PUBLICATIONS LICENSING CORP., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> COED GROUP, LLC, a New Jersey Corporation, KAPLI, INC., a New York Corporation; PLUS CAREER INC., a New York Corporation, and DOES 1- 10, <br><br> Defendants. | Case No. 2:17-cv-2731-MWF-E <br><br> FINAL JUDGMENT ON CONSENT |

WHEREAS, on April 10, 2017, Plaintiff PassKey Publications Licensing Corporation initiated the instant action against Coed Group, LLC, Kapli, Inc., and Plus Career, Inc. ("Defendants") for violations of the federal copyright laws, 17 U.S.C. § 101, et seq.;

WHEREAS, Entry of Default was entered against Defendants on August 14, 2017, and Default Judgment was entered against Defendants on November 7, 2017;

WHEREAS, Plaintiff and Defendants have requested the Court to set aside the Entry of Default and Default Judgment;

WHEREAS, Defendants consent to the entry of Final Judgment on Consent;

IT IS HEREBY ORDERED AND ADJUDGED as follows:

Plaintiff owns valid copyrights in the EA Materials as set forth in the Amended Complaint.

Defendants' conduct as set forth in the Amended Complaint constitutes infringement of Plaintiff's copyrights in its EA Materials.

Consent judgment is hereby entered as follows:

a. Consent judgment is hereby entered against Defendants for monetary relief in the amount set forth in the Parties' Confidential Settlement Agreement.

b. Each party shall bear its own attorneys' fees and costs.

c. Pursuant to 17 U.S.C. § 502(a), Defendants, their agents, servants, employees, and licensees, successors and assigns, and all persons or entities in active concert or participation with any of them who receive notice of this Final Judgment on Consent, are hereby PERMANENTLY ENJOINED from reproducing, adapting, publishing, marketing, promoting, advertising, distributing, selling, and/or otherwise disposing of any materials, in any media, incorporating content identical or substantially similar to content comprising PassKey's EA Materials.

Defendants must disclose this Final Judgment on Consent to all of their successors and assigns.

The Court shall maintain jurisdiction over the parties and subject matter of this civil action for the purpose of interpreting and enforcing this Final Judgment on Consent, and the Confidential Settlement Agreement entered into separately by the parties.

The parties, through their undersigned counsel, hereby consent to the entry of this Final Judgment on Consent.

IT IS SO STIPULATED AND CONSENTED.

Respectfully submitted,

OWEN, WICKERSHAM & ERICKSON, P.C.

Dated: February 22, 2018    By_____
                            Linda Joy Kattwinkel
                            Lawrence G. Townsend

*Attorneys For Plaintiff*
PassKey Publications Licensing Corp.

*Attorneys For Plaintiff*
PassKey Publications Licensing Corp.

RYU WEIMORTZ MURPHY LLP

Dated: February 28, 2018

By _____
Thomas J. Ryu
Vivian Yuxi Shen

*Attorneys for Defendants*
Coed Group, LLC, Kapli, Inc., and
Plus Career, Inc.

## IT IS SO ORDERED.

Dated: March 14, 2018

_____
The Honorable Michael W. Fitzgerald
United States District Judge